UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARCOLINO FLORES LOPEZ,<br><br>      Plaintiff,<br><br>    -v.-<br><br>1570 ST. NICK ASSOCIATES, L.P.,<br>SDG MANAGEMENT CORP.,<br>EDWARD M. FOX, and EMFLIAN<br>COLLADO,<br><br>      Defendants. | 21 Civ. 6527 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

  According to the final report of the mediator in this case, the parties have reached an agreement on all issues. (See Dkt. #13). However, the parties have informed the Court that they have not yet consummated a settlement in this matter. Accordingly, the parties are hereby ORDERED to submit a letter updating the Court on the status of settlement discussions on or before April 1, 2022.

  SO ORDERED.

Dated: March 16, 2022
     New York, New York

                   KATHERINE POLK FAILLA
                   United States District Judge